UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00919-AH-DSR | Date | August 28, 2026 |
| Title | *Stop the Madness et al. v. State Bar of California et al.* | | |

| | |
|---|---|
| Present: The Honorable | Anne Hwang, United States District Judge |

| | |
|---|---|
| Yolanda Skipper | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause, on or before the above date, as evidence that the matter is being prosecuted diligently:

- Proof of Service of Summons and Complaint as to Defendants; or
- Response to the Complaint by Defendants.

If Plaintiff files a Proof of Service of Summons and Complaint which indicates that Defendants were not served within 90 days after the complaint was filed, as required by Federal Rule of Civil Procedure 4(m), Plaintiff shall also provide a declaration from counsel showing good cause for such failure. Failure to do so will result in dismissal of this action without prejudice under Rule 4(m).

No oral argument on this matter will be heard unless otherwise ordered by the Court. Fed. R. Civ. P. 78(b); L.R. 7-15. The Order will stand submitted upon

the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will also result in the **dismissal** of this action.

**IT IS SO ORDERED.**